JEFFREY S. BENICE, ESQ., State Bar No. 81583
Attorney at Law
*A Professional Law Corporation*
650 Town Center Drive, Suite 1300
Costa Mesa, California 92626
P.O. Box 16579
Irvine, California 92623-6579
Telephone:  (714) 641-3600
Facsimile:  (714) 641-3604
Website: www.JeffreyBenice.com
E-Mail: JSB@JeffreyBenice.com

Attorney for Plaintiff,
Brian Everett

FILED
2010 JUL -1 PM 3: 26

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

BRIAN EVERETT, an individual,

        Plaintiff,

        v.

ENDEAVOR TALENT AGENCY, LLC, a
Limited Liability Company; and DOES 1-
20, individuals,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO.** CV10- 4895 AHM (AGR)

**COMPLAINT FOR:**

1) **COPYRIGHT INFRINGEMENT;**

2) **CONTRIBUTORY COPYRIGHT INFRINGEMENT; AND**

3) **VICARIOUS COPYRIGHT INFRINGEMENT**

**[JURY TRIAL DEMANDED]**

Plaintiff Brian Everett ("Everett") alleges as follows:

## 1.

## INTRODUCTION

1.    This is an action by Everett, an individual, to recover damages arising from the infringement of Everett's copyrights in his creative works by Defendant Endeavor Talent Agency, LLC ("Endeavor") and DOES 1-20, whose names have not yet been determined; and to enjoin Defendants from future infringement. As alleged herein, Defendants misappropriated Everett's copyrighted works for a television program called *"El Royale"*;

1

COMPLAINT

1 incorporated key elements of "*El Royale*" into a television program called "*Welcome to the*
2 *Captain*"; which thereafter first aired on CBS as a network television program on February 4,
3 2008. "*Welcome to the Captain*" is substantially similar to "*El Royale.*" Everett accordingly
4 seeks damages as alleged herein for copyright infringement.

**2.**

## THE PARTIES

2.      Everett is and was at all times alleged herein an individual residing in the State
of California, County of Los Angeles.  Everett is a writer.  Everett has won various writing
awards including "*Next Generation of T.V. Producers Competition*" in 2007.

3.      On information and belief, defendant Endeavor is and was at all times alleged
herein a California limited liability company. Endeavor *inter alia* is a talent agency that
develops television programs and motion pictures with actors, producers and writers doing
business in the State of California, County of Los Angeles.

4.      The true names and capacities, whether individual, corporate, associate, or
otherwise, of Defendants Does 1 through 20, inclusive, and each of them, is unknown to
Everett, who therefore sue said Defendants by such fictitious names.  Everett will seek leave
of this Court to amend this complaint to include their proper names and capacities when and
if they are ascertained. Everett is informed and believes, and thereon alleges, that Defendants
Does 1 through 20, inclusive, participated in and are responsible in some manner for the
events, acts, representations, concealments, omissions and happenings described in this
Complaint, and legally caused the injuries and the damages proximately resulting therefrom to
Everett  as alleged herein.

5.      Everett is informed and believes that at all times alleged herein, each of the
Defendants was the agent, principal, co-conspirator, affiliate, representative, and/or partner of
each of the remaining Defendants, and in doing the acts hereinafter alleged, was acting within
the scope of such relationship and with the permission, consent and/or ratification of his or its
co-defendants.

COMPLAINT

3.

## JURISDICTION AND VENUE

9.        This Court has subject matter jurisdiction over Everett's claims for copyright infringement and related claims pursuant to 17 U.S.C. § § 101, *et seq.* and 28 U.S.C. § § 1331 and 1338(a).

10.        The Court has personal jurisdiction over Defendant Endeavor; Endeavor is doing business within the State of California and has committed unlawful and wrongful acts both within and outside the State of California causing injury in California. Everett's claims arise out of the conduct that gives rise to personal jurisdiction over Defendants.

11.        Venue is proper in this Court pursuant to 28 U.S.C. § § 1391(b) and 1400(a).

4.

## BACKGROUND

12.        Everett alleges that the CBS television program *"Welcome to the Captain"* which first aired on CBS on February 4, 2008 is a misappropriation of his previously authored and developed television program concept, *"El Royale."* In or about 2005 and early 2006 Everett developed a television concept called *"El Royale".* A true copy of Everett's original concept *"El Royal"* *"A Treatment"* is attached hereto as Exhibit "A" and incorporated herein by reference. Everett's "concept" as set forth in his original treatment provided in relevant part:

*"EL ROYALE*

*A TREATMENT*

<u>*CONCEPT*</u>*:*

*An old Hollywood apartment complex with an intriguing mix of history and eclectic tenants is the backdrop for this half-hour multi-camera comedy.*

*We get to know seven of these tenants as they get to know each other. Along the way, we will discover that they are....US! These are the people chasing dreams, goals, desires, or people who already have realized them and are driven by their needs! In part, it's cheers in an apartment complex.... Oh, but there's so much more...*

3

*At the center of our seven is Marty Rosen, writer. It's his writer's imagination that introduces a fascinating "hook", which will come at the top of each show. These times we will get a glimpse of his work (usually some low paying local ad) as it incorporates Marty and the other tenants into the center of the action, and sets in place the theme for the show...*

*Getting to know these characters enough to warrant a weekly "fix", and with the specially designed "hooks" built into the fabric of the show, there is a fresh, "talk about" quality that takes "El Royale" to another level of fun to watch programs. Let's get to know the players...*

<u>*CENTRAL CHARACTERS:*</u>

*__Marty Rosen__ (30-ISH) Mart knows everyone in the "biz" wants to work with him from features to television. Unfortunately for Marty, THEY don't know it! But he's a dedicated artist. With an agent who could only be described as "boutique shitty", Marty winds up taking odd writing jobs to pay the rent each month. Besides, someone has to write local muffler shop ads! Marty's driven, but not blind. He has a crush on Tracy Love, the resident young actress...*

*__Tracy Love__ (24) Tracy moved to L.A. a couple of years ago from her native Wyoming, Tracy's a sweetheart! She's also a babe! She likes Marty-maybe even that way, sometimes. But she's driven too! Maybe they're just not in sync, we'll see. Tracy's drive is motivated by something deeply personal. Her family wasn't pleased by her decision to move and become an actress! They predict failure. She's got something to prove to them...and herself."*

...

[*See,* Exh. "A" hereto.]

13.     In conjunction with the authorship of the *"El Royale"* script, Everett filmed key concept segments of *El Royale* in 2006 to assist in presenting the program concept to interested third parties.  Everett's key shots included his opening shot of the *"El Royale"* Hotel; an opening shot of the neon hotel sign *"El Royale"*; a window zoom shot; and a shot showing the apartment complex location and architectural character of the *"El Royale Hotel."* True copies of Everett's original shots described above are attached hereto as Exhibits "B" - "E", inclusive, and incorporated herein by reference.

14.     Everett first unilaterally submitted the *"El Royale"* concept to Defendant Endeavor in or about March, 2006; Everett sent the DVD showing his original concept shots

4

COMPLAINT

1  and script to Phillip D'Amecourt an Endeavor representative ("Director's Agent.").  Everett
2  did not receive any response from Endeavor or D'Amecourt to his submission.

3      15.        Thereafter, on or about May 17, 2007, a second submission of the *"El Royale"*
4  concept was made by Everett to D'Amecourt and was then passed by D'Amecourt to Tom
5  Wellington at Endeavor's Television Department. Everett was advised in May, 2007 that
6  Wellington and Endeavor could not assist him; Everett was told that *"El Royale"* was similar
7  to unidentified program concepts that Endeavor clients were independently developing in-
8  house at the time.  In the meantime, Everett submitted the *"El Royale"* script and program
9  concept to the *"Next Generation of T.V. Producers Corporation,"* Everett won a writing
10 award for *"El Royale."*

11     16.        Thereafter,  Everett was surprised to discover that in late 2007 a program called
12 *"Welcome to the Captain"* was going to debut on CBS in early 2008; *"Welcome to the
13 Captain"* has numerous plot and character substantial similarities that appear to be lifted
14 directly from Everett's original March, 2006 submission to Endeavor; the physical setting;
15 characters; character names; and plot are substantially identical.  *"Welcome to the Captain"* is
16 substantially similar, if not identical, to *"El Royale."*  *"Welcome to the Captain"* was
17 described in a 2008 press release as:

18  *"WELCOME TO THE CAPTAIN is a comedy about a wildly eclectic group of people whose*
19  *lives are intertwined through the place they all call home, a fabled Hollywood apartment*
20  *building, El Capitan, which they've dubbed "The Captain." Josh (Fran Kranz) is a Hollywood*
21  *whiz kid whose filmmaking career has hit a wall. Just when Josh is about to move back to New*
22  *York, his accountant-to-the-stars best friend, Marty (Chris Klein), convinces him to move*
23  *into his legendary apartment building.*

24  *Among the eccentric tenants are Uncle Saul (Emmy Award nominee Jeffrey Tambor), a former*
25  *"Three's Company" writer who is the building's self-proclaimed expert on anything and*
26  *everything; Charlene (Golden Globe Award winner Raquel Welch), the femme fatale who*
27  *welcomes Josh in her own seductive style; Jesus (Al Madrigal), a gossipy doorman who knows*
28  *all the residents' most tantalizing secrets and Astrid (Valerie Azlynn), a flighty, aspiring young*

COMPLAINT

*actress. Josh is most taken with the earthy, beautiful Hope, (Joanna Garcia), an aspiring acupuncturist who enlists him as a practice patient.*

*The folklore of this fabled apartment building always continues to grow and, as each dweller quickly learns, the walls never stop talking.*" [A true copy of the quoted press release is attached hereto as Exhibit "F."]

17.     On information and belief, at the time of Everett's submission to Endeavor in 2006 and 2007, Endeavor was and is involved in representation of the key creative talent including the executive producers of *"Welcome to the Captain."*  On information and belief, Endeavor provided Everett's *"El Royale"* concept to the creators of *"Welcome to the Captain"* - and they thereafter used Everett's script, visuals, story and character concepts in developing *"Welcome to the Captain,"* with Endeavor's knowledge and consent.

18.     Additionally, *"Welcome to the Captain"* producers and writers copied Everett's filmed key concept segments as follows:

- Attached hereto as Exhibit "B" and incorporated herein by reference is Everett's proposed *"Opening Shot"* of *"El Royale."*
- Attached hereto as Exhibit "G" and incorporated herein by reference is *"El Capitan's"* opening shot as aired by CBS.
- Attached hereto as Exhibit "C" and incorporated herein by reference is Everett's opening shot focusing on *"El Royale's"* neon sign.
- Attached hereto as Exhibit "H" and incorporated herein by reference is *"El Capitan's"* opening shot focusing on a neon sign.
- Attached hereto as Exhibit "E" and incorporated herein by reference is Everett's proposed front shot of the *"El Royale"* apartment complex.
- Attached hereto as Exhibit "I" and incorporated herein by reference is a shot of *"El Capitan's"* apartment complex.

19.     *"El Capitan's"* identified key shots are substantially similar if not identical to the shots conceived and created by Everett and submitted to Endeavor in 2006 as part of his *"El Royale"* concept.

6

**5.**

## FACTS COMMON TO ALL CLAIMS

20.     Everett's *"El Royale"* concept and script is easily discernible as a professional work.

21.     Everett's *"El Royale"* concept and script in this action is registered with the United States Copyright Office.

22.     Each of Everett's works is marked with Everett's trademark, a copyright notice, a warning that unauthorized copying is illegal and will be prosecuted and, a statement that age verification records for all individuals appearing in the works are maintained at corporate offices in California, as required by 18 U.S.C. § 2257.

23.     All Defendants knew or should have known that Everett's principle place of business is in Los Angeles, California and that infringement of its works was likely to cause harm in California.


## FIRST CAUSE OF ACTION

### [Copyright Infringement - 17 U.S.C. § 501]

24.     Everett realleges paragraphs 1 through 23, inclusive of this Complaint.

25.     At all times relevant hereto, Everett has been the author and owner of the works misappropriated and reproduced by Defendants through the incorporation of *"El Royale"* elements; characters and visual presentations into *"Welcome to the Captain."*

26.     For the work at issue in this matter, Everett holds a copyright registration certificate from the United States Copyright Office.

27.     Without authorization, Defendant Endeavor misappropriated and reproduced the following Everett owned and copyrighted works; *"El Royale, U.S. Copyright Registration Number TXu 1-570-443".*

28.     Everett did not authorize Defendants' copying, display or distribution of his works.

29.     Defendant Endeavor knew the infringed works belonged to Everett and that it

COMPLAINT

1    did not have permission to exploit Everett's works.

2         30.     Defendant Endeavor knew the alleged acts constituted copyright infringement.

3         31.     Defendants' conduct was *"willful"* within the meaning of the Copyright Act.

4         32.     As a result of Defendant Endeavor's wrongful conduct, Defendants are liable to

5    Everett for copyright infringement pursuant to 17 U.S.C. § 501.  Everett has suffered, and will

6    continue to suffer, substantial losses, including but not limited to damages to its business

7    reputation and goodwill.

8         33.     Everett is entitled to recover damages, which include his losses and any and all

9    profits Defendant Endeavor have made as a result of its wrongful conduct.  17 U.S.C. § 504.

10   Alternatively, Everett is entitled to statutory damages under 17 U.S.C. § 504(c).

11        34.     In addition, because Defendant Endeavor's infringement was *"willful,"* the

12   award of statutory damages should be enhanced in accordance with 17 U.S.C. § 504(c)(2).

13        35.     Everett is entitled to recover his attorneys' fees and costs of suit pursuant to 17

14   U.S.C. § 505.

## SECOND CAUSE OF ACTION

### [Contributory Copyright Infringement]

17        36.     Everett realleges paragraphs 1 through 35 inclusive of this Complaint.

18        37.     Numerous individuals and entities directly infringed Everett's copyrighted

19   works.

20        38.     Defendant Endeavor induced, caused and materially contributed to the

21   infringing acts of others by encouraging, inducing, allowing and assisting others to reproduce

22   and distribute Everett's works.

23        39.     Defendant Endeavor had knowledge of the infringing acts relating to Everett's

24   copyrighted works.

25        40.     The acts and conduct of Defendant Endeavor, as alleged above in this

26   Complaint constitute contributory copyright infringement.

27   ///

28   ///

## THIRD CAUSE OF ACTION

### [Vicarious Copyright Infringement]

41.     Everett realleges paragraphs 1 through 40, inclusive of this Complaint.

42.     Numerous individuals and entities directly infringed Everett's copyrighted works.

43.     Defendant Endeavor had the right and ability to control the infringing acts of the individuals or entities who directly infringed Everett's works.

44.     The acts and conduct of Defendant Endeavor, as alleged above in this Complaint constitute vicarious copyright infringement.

### PRAYER

WHEREFORE, Everett  respectfully requests judgment as follows:

1.     That the Court enter judgment against Defendants that they have:

    a.     *"willfully"* infringed Everett's rights in federally registered copyrights under 17 U.S.C. § 501.

    b.     Otherwise injured the business reputation and business of Everett by Defendants' acts and conduct set forth in this Complaint.

2.     That the Court issue injunctive relief against Defendants, and that Defendants, their agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with they, be enjoined and restrained from copying, posting or making any other infringing use or infringing distribution of audiovisual works, photographs or other materials owned by or registered to Everett;

3.     That the Court enter an order of impoundment pursuant to 17 U.S.C. § § 503 and 509(a) impounding all infringing copies of Everett's audiovisual works, photographs or other materials, which are in Defendants' possession or under its control;

4.     That the Court order Defendants to pay Everett's general, special, actual and statutory damages as follows:

9

a.   Everett's damages and Defendants' profits pursuant to 17 U.S.C. § 504(b), or in the alternative, enhanced statutory damages pursuant to 17 U.S.C. § 504(c)(2), for Defendants' "*willful*" infringement of Everett's copyrights; and

5.   That the Court order Defendants to pay Everett both the costs of this action and the reasonable attorney's fees incurred by it in prosecuting this action pursuant to 17 U.S.C. § 504 and Cal. Civ. Code § 3344(a).

6.   That the Court grant such other and additional relief as is just and proper.

## DEMAND FOR JURY TRIAL

Everett hereby demands a jury trial in this case.

Dated:  July 1, 2010

Respectfully submitted,

_____

Jeffrey S. Benice
Attorney for Plaintiff
Brian Everett

COMPLAINT



## EL ROYALE
## A TREATMENT

CONCEPT:

An old Hollywood apartment complex with an intriguing mix of history and eclectic tenants is the backdrop for this half-hour multi-camera comedy.

We get to know seven of these tenants as they get to know each other. Along the way, we will discover that they are....US! These are the people chasing dreams, goals, desires, or people who already have realized them and are driven by their needs! In part, it's cheers in an apartment complex.... Oh, but there's so much more...

At the center of our seven is Marty Rosen, writer. It's his writer's imagination that introduces a fascinating "hook", which will come at the top of each show. These times we will get a glimpse of his work (usually some low paying local ad) as it incorporates Marty and the other tenants into the center of the action, and sets in place the theme for the show...

Getting to know these characters enough to warrant a weekly "fix", and with the specially designed "hooks" built into the fabric of the show, there is a fresh, "talk about" quality that takes "El Royale" to another level of fun to watch programs. Let's get to know the players...

CENTRAL CHARACTERS:

**Marty Rosen** (30-ISH) Mart knows everyone in the "biz" wants to work with him from features to television. Unfortunately for Marty, THEY don't know it! But he's a dedicated artist. With an agent who could only be described as "boutique shitty", Marty winds up taking odd writing jobs to pay the rent each month. Besides, someone has to write local muffler shop ads! Marty's driven, but not blind. He has a crush on Tracy Love, the resident young actress...

**Tracy Love** (24) Tracy moved to L.A. a couple of years ago from her native Wyoming, Tracy's a sweetheart! She's also a babe! She likes Marty-maybe even that way, sometimes. But she's driven too! Maybe they're just not in sync, we'll see. Tracy's drive is motivated by something deeply personal. Her family wasn't pleased by her decision to move and become an actress! They predict failure. She's got something to prove to them...and herself.

**FAT BOB** (35-45) And his obsession for television incorporates yet another periodic "hook". The object of his obsession, the television, will set the stage for more sketch comedy which will put the cast into the action once again. Fat Bob is the laziest maintenance man in the western world. He's overweight, over-partied, and over-paid- all things considered. He's Bluto Blutarsky flirting with middle age. Bob likes to get into other peoples business to, especially Tracy's, boy would he like to get into her business! But he's easy to please, and thus easily distracted. Give this guy some cold MGD's and a new episode of the man show and even Tracy can wait!

*loves Yoko not all the time*

**RASHID** (40)- Rashid is the landlord (and pain in Bob's ass!) Rashid is the type of property owner who aspires to be a slumlord. Yes, he's much beloved at the "El Royale" ..NOT!.. Rashid is the kind of guy who dresses impeccably hip-only after the trend is out of style...Such a foreigner- an American wannabe. He does share a lust for Tracy with Marty and Bob, but his wife would kill him-really! Marty loves to spar with him after he openly pines for Tracy.

**BARNARD** aka Benny (30's) Grew up on the Hampton shores to rich well to do parents. The only black urban culture that Benny knows is what he sees in music videos. Benny has lived in rich white neighborhoods all his life. Benny was in Harvard law and has made a fortune. So he is able to live the life he wants to live and have fun! He chooses not to pursue law but instead find his roots in black culture! He is a DJ that works in a nightclub off of Hollywood blvd! He is also Marty's best friend.

*DAUGHTER*

**STELLA** (20)- Stella works at Starbucks. She likes to party. Marilyn Manson would be her ultimate bedroom experience (or so she thinks). She's sweet in a gothic, borderline Adams Family sort of way. She creeps ~~Betricia~~ *Bet* out a little, ~~but Bet tries not to let it show too much.~~ Tracy befriends her ~~in much the same way, Bet looks out for her. She knows Stella is impressionable, even though she's on her own, may need a little guidance.~~

**Yoko** (60's) every building should have a psychic (especially in southern California where a heads up about an earthquake is always much appreciated). Most of the tenants come to this kind, spiritual woman seeking a pearl of wisdom...and a free reading. She's genuinely fascinated observing others as they make their way.

**BETRICIA** (30's) African –American, a heart as big as ...she is, but to get to it you may find yourself on expedition. She befriends Tracy and knows all the guys want her in the worst way-literally (though she thinks there is hope for Marty). In fact she and Marty are sort of friends too. Bet is studying to be a Veterinarian, but don't say Bet the vet around her she will beat your ass! She works in a supermarket when not going to school. Her biggest adversaries: Bob and Rashid. When they go head to head it's strictly "sass up the ass" time.

# EXHIBIT "B"





EXHIBIT "C"

















WELCOME TO THE CAPTAIN is a comedy about a wildly **eclectic group of people whose lives are intertwined through the place they all call home, a fabled Hollywood apartment building, El Capitan**, which they've dubbed "The Captain." Josh (Fran Kranz) is a Hollywood whiz kid whose filmmaking career has hit a wall. Just when Josh is about to move back to New York, his accountant-to-the-stars best friend, Marty (Chris Klein), convinces him to move into his legendary apartment building.

Among the eccentric tenants are Uncle Saul (Emmy Award nominee Jeffrey Tambor), a former "Three's Company" writer who is the building's self-proclaimed expert on anything and everything; Charlene (Golden Globe Award winner Raquel Welch), the femme fatale who welcomes Josh in her own seductive style; Jesus (Al Madrigal), a gossipy doorman who knows all the residents' most tantalizing secrets and Astrid (Valerie Azlynn), a flighty, aspiring young actress. Josh is most taken with the earthy, beautiful Hope, (Joanna Garcia), an aspiring acupuncturist who enlists him as a practice patient.

The folklore of this fabled apartment building always continues to grow and, as each dweller quickly learns, the walls never stop talking.

# EXHIBIT "G"



Tube

me to the Captain - Meet Uncle Saul



Home

Videos

C

Hi.



Theiis







THEIR'S







# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge A. Howard Matz and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

## CV10- 4895 AHM (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

JEFFREY S. BENICE, ESQ., State Bar No. 81583
650 Town Center Drive, Suite 1300
Costa Mesa, California 92626
Telephone: (714) 641-3600
Fax (714) 641-3604

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN EVERETT, an individual,<br><br><div align="center">PLAINTIFF(S)</div><br>v.<br><br>ENDEAVOR TALENT AGENCY, LLC, a Limited Liability Company; and DOES 1-20, inclusive,<br><br><div align="center">DEFENDANT(S).</div> | CASE NUMBER<br><br>CV10-4895 AHM(AGRx)<br><br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): <u>ENDEAVOR TALENT AGENCY, LLC, a Limited Liability Company; and DOES</u>
<u>1-20, individuals,</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>JEFFREY S. BENICE, ESQ.</u>_____, whose address is <u>650 Town Center Drive, Suite 1300, Costa Mesa, CA 92626</u>_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____ JUL - 1 2010 _____

By: _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) <br> BRIAN EVERETT, an individual | **DEFENDANTS** <br> ENDEAVOR TALENT AGENCY, LLC, a Limited Liability Company, and <br> DOES 1-20, inclusive |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br><br> JEFFREY S. BENICE, ESQ. (SBN 81583) <br> 650 Town Center Drive, Suite 1300 <br> Costa Mesa, CA 92626; (714) 641-3600 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☐ No      ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | ☒ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | **REAL PROPERTY** | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number:   CV10-4895 AHM (AGRx)

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.   Arise from the same or closely related transactions, happenings, or events; or
☐ B.   Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.   Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☑   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Plaintiff Brian Everett resides in Los Angeles County | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☑   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Defendant Endeavor Talent Agency does business in Los Angeles County | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date   July 1, 2010

**Notice to Counsel/Parties:**   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |