JEFFREY S. BENICE, ESQ. (SBN 81583)
A Law Corporation
650 Town Center Drive, 13th Floor
Costa Mesa, CA 92626
(714) 641-3600 Telephone
(714) 641-3603 Facsimile

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN EVERETT,<br><br>Plaintiff(s),<br>v.<br><br>THE ENDEAVOR AGENCY, LLC<br><br>Defendant(s). | CASE NUMBER<br>CV10-4895 AHM (AGRx)<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

October 26, 2010
Date

*Signature of Attorney/Party*

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

**PROOF OF SERVICE**

I am employed in the City of Costa Mesa, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 650 Town Center Drive, Suite 1300, Costa Mesa, California 92626. On October 27, 2010, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:   **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

SERVED UPON:   See Attached Service List

[✓]   (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Costa Mesa, California. I am readily familiar with the practice of the law firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]   (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed forthwith.

[ ]   (BY OVERNIGHT EXPRESS) I am readily familiar with the practice of the law firm for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Overnight Express for overnight delivery.

[ ]   (BY FACSIMILE) I caused to be transmitted the document(s) described herein at approximately N/A via the fax number(s) listed on the attached service list.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[✓]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on October 27, 2010, at Costa Mesa, California.

_Jacqueline Bulis_
Jacqueline Bulis

## SERVICE LIST

Matthew R. Greshman, Esq.
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067